UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CLARENCE DICUS, JR., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:06CV1226 HEA |
| ) | |
| J.J.P, a minor, by and through his ) | |
| next friend., PAMELA A. PICKETT, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the Court on the Stipulation of the parties to Disburse Settlement Proceeds. On April 3, 2007, Defendant Wal-Mart filed its Satisfaction of Judgment. Pursuant to the parties' agreement, the federal question issues in this matter are now fully resolved and should be dismissed with prejudice. The remaining issues are therefore to be remanded to the State Court.

Accordingly,

**IT IS HEREBY ORDERED** that as to the Administrative Committee, this cases is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the remainder of this action is remanded

to the Circuit Court of Crawford County, Missouri.

Dated this 5th day of April, 2007.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE